**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30104 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-00056-SPW-1 |
| v. | |
| DANTE KESHAWN STANDSOVERBULL, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted January 8, 2020[**]

Before:    CALLAHAN, NGUYEN, and HURWITZ, Circuit Judges.

Dante Keshawn Standsoverbull appeals from the district court's judgment

and challenges his guilty-plea convictions and concurrent 36-month sentences for

assault of a dating partner resulting in substantial bodily injury and assault of a

dating partner by strangulation, in violation of 18 U.S.C. §§ 113(a)(7), (a)(8), and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1153. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Standsoverbull's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Standsoverbull the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

19-30104